$20 costs and disbursements, with leave to the defendant to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

Capitol Health Center, Inc., Appellant, v. Trustees of Columbia University in the City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

Herman Deutsch et al., Respondents, v. Marie Ginsberg, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

Arthur Levey, Respondent, v. Producers Releasing Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ. [See 270 App. Div. 761.]

Herman Ackman et al., Copartners Doing Business under the Name of Ackman Brothers, Respondents, v. Deems Taylor, as President of American Society of Composers, Authors and Publishers, an Unincorporated Association, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ. [185 Misc. 807.] [See 270 App. Div. 753.]

In the Matter of the Construction of the Will of Yetta Green, Deceased. Moe Green, as Administrator of the Estate of Louis Green, Appellant; Dorothy Kirschner et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents against Moe Green as administrator, etc., appellant. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

Mary A. Flynn, Appellant, v. City of New York, Respondent.— Judgment unanimously reversed upon questions of law, with costs to the appellant, and the verdict reinstated. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

Charles Urban et al., Doing Business under the Name of Newark Transformer Company, Respondents, v. A. Alan Reich, as Trustee of Robinson Induction Corporation, a Bankrupt, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

Elvira C. Gagliano, Appellant, v. Baltazar Gagliano et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

The People of the State of New York, Respondent, v. Samuel Solomon, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.; Wasservogel, J., dissents and votes to reverse and dismiss the information.

In the Matter of the Arbitration between Morris White Fashions, Inc., Respondent, and Susquehanna Mills, Inc., Appellant.— Judgment and order unanimously reversed and the motion in all respects denied. No opinion.